UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) DOCKET NO.: 3:15 mj 273 |
| v. | ) |
| | ) UNDER SEAL |
| (1) CHRISTOPHER JAMES BARKER | ) |
| (2) WALTER EUGENE LITTERAL | ) |

## ORDER SEAL SEALING COMPLAINTS AND RELATED DOCUMENTS

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Complaints, Application for Complaint and Supporting Affidavit, this Motion and any order issued pursuant to this be sealed immediately be sealed, to protect the integrity of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Information, Plea Agreement and Factual Basis be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 23rd day of July 2015.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE