AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED JUL 23 2015
United States Marshals Service
Western North Carolina

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>WALTER EUGENE LITTERAL<br>*Defendant* | )<br>)<br>) Case No. 3:15mj 273-2<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WALTER EUGENE LITTERAL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 371 - Conspiracy to violate laws governing firearms and explosive devices as detailed in the Affidavit of TFO Mark S. Kozen, incorporated by reference herein.

FILED
CHARLOTTE, NC
AUG 06 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date: 7/22/15

*Issuing officer's signature*

City and state: Charlotte, North Carolina

U.S. Magistrate Judge David C. Keesler
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/23/2015, and the person was arrested on *(date)* 8/1/2015
at *(city and state)* BELMONT, NC.

Date: 8/3/2015

*Arresting officer's signature*

ZEN VIOLA, SDUSM
*Printed name and title*

Case 3:15-cr-00221-FDW-DCK  Document 19  Filed 08/06/15  Page 1 of 1