# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ● NO

**DOCKET NUMBER:** 3:15cr221-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| Field | Value |
|---|---|
| **CASE NAME** | US vs Walter Eugene Litteral |
| **COUNTY OF OFFENSE** | Gaston |
| **RELATED CASE INFORMATION** | |
| Magistrate Judge Case Number | 3:15-MJ-273 & 3:15-MJ-285 |
| Search Warrant Case Number | |
| Miscellaneous Case Number | |
| Rule 20b | |
| **SERVICE OF PROCESS** | Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 2; 18 U.S.C. § 371; 18 U.S.C. § 922(a)(6); 18 U.S.C. § 922(g)(1) &(3); 18 U.S.C. § 924(a)(2); 21 U.S.C. § 846; 26 U.S.C. § 5861

**JUVENILE:** ◯ Yes  ● No

| Field | Value |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | Savage, Mike |
| **VICTIM/WITNESS COORDINATORS:** | Rutledge, Shirley |
| **INTERPRETER NEEDED** | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |