UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:15cr221-FDW |
| v. | ) | |
| | ) | **Notice** |
| (1) WALTER EUGENE LITTERAL | ) | |
| | ) | |

     NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, and pursuant to Title 18, United States Code, Section 2518(9), hereby provides notice of intent to disclose and use wire and electronic surveillance in court proceedings.

     The file numbers related to the Court Ordered surveillance are: 3:15 mc 118-FDW (W.D.N.C.).

     This, the 7th day of October, 2015.

                                         JILL WESTMORELAND ROSE,
                                         UNITED STATES ATTORNEY
                                         *s/ Michael E. Savage*
                                         Michael E. Savage
                                         Assistant United States Attorney
                                         North Carolina Bar Number 33159
                                         Attorney for the Plaintiff
                                         227 West Trade Street, Suite 1650
                                         Charlotte, North Carolina 28202
                                         704/338-3166 (Direct Line)
                                         704/227-0197 (Fax)
                                         mike.savage2@usdoj.gov

## CERTIFICATE OF SERVICE

Notice of the foregoing was served upon counsel for the defendant via electronic filing:

John Parke Davis
First Assistant Federal Defender
Federal Defenders of Western North Carolina, Inc.
129 W. Trade Street, Suite 300
Charlotte, NC 28202
Phone: 704-374-0720
Fax: 704-374-0722
JP_Davis@fd.org